UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DASHEME KAREME HOSLEY,<br><br>    Petitioner,<br><br>v.<br><br>SUZANNE M. PEERY,<br><br>    Respondent. | 1:15-cv-01374-LJO-MJS (HC)<br><br>ORDER GRANTING RESPONDENT'S SECOND MOTION FOR EXTENSION OF TIME TO ANSWER PETITION<br><br>(Doc. 18)<br><br>30-DAY DEADLINE |

    Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On December 3, 2015, Respondent filed a second motion to extend time to file an answer to the petition. Good cause having been presented to the Court, IT IS HEREBY ORDERED that Respondent is granted thirty-days from the date of service of this order in which to file an answer to the petition.

IT IS SO ORDERED.

Dated: December 8, 2015         /s/ *Michael J. Seng*
                                                         UNITED STATES MAGISTRATE JUDGE